UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.09-60276-CIV-COHN/SELTZER

DHL EXPRESS (USA), INC.,
an Ohio corporation,

     Plaintiff,

vs.


EXPRESS SAVE INDUSTRIES INC.,
a New York corporation, and
JOHN DOES 1-50,

     Defendants.
_____/

## ORDER REQUIRING EXPEDITED RESPONSES AND REPLIES

THIS CAUSE is before the Court *sua sponte*.  The parties have filed cross-motions raising the issue of whether a party may depose the opposing party's Rule 30(b)(6) corporate representative where it has already deposed the designated corporate representative in his individual capacity.  In light of the fast-approaching pre-trial deadlines and trial date, it is hereby ORDERED as follows:

1.      On or before September 25, 2009, Defendant shall file an expedited response to Plaintiff's Motion to Compel Appearance of Defendant Express Save Industries, Inc. at Deposition (Fed. R. Civ. P. 30(b)(6)) (DE 48).  In its response, Defendant shall address why this Court should not follow the decision in Provide Commerce, Inc. v. Preferred Commerce, Inc., No. 07-80185 Civ, 2008 WL 360588, at *3 (S.D. Fla. Feb. 8, 2008).  If Plaintiff wishes to file a reply to Defendant's response, it shall do so on or before September 30, 2009.

2.      Plaintiff has already briefed the issue (with case citations) raised by the parties' cross-motions.  However, if Plaintiff wishes to file a response to Defendant ESI's Motion for a Protective Order (DE 49), it shall do so on or before September 25, 2009.  If Plaintiff files a response and Defendant wishes to reply thereto, it shall do so on or before September 30, 2009.

DONE AND ORDERED in Fort Lauderdale, Florida, this 17th day of September 2009.

BARRY S. SELTZER
United States Magistrate Judge

Copies to:

All counsel of record
and unrepresented parties